UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-61301-CIV-SMITH

**WILLIAM VILCINA,**

       **Plaintiff,**

  v.

**RESURGENT CAPITAL SERVICES, L.P., and PINNACLE CREDIT SERVICES, LLC,**

       **Defendants.**

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | | |
|---|---|---|---|---|
| 1. | Motions to Dismiss | Yes ____ | No _X_ |
| 2. | Motions for Summary Judgment | Yes ____ | No _X_ |
| 3. | Motions for Attorneys' Fees | Yes ____ | No _X_ |
| 4. | Motions for Costs | Yes ____ | No _X_ |
| 5. | Motions for Sanctions | Yes ____ | No _X_ |
| 6. | All Pretrial Motions | Yes ____ | No _X_ |
| 7. | Discovery | Yes _X_ | No ____ |
| 8. | Other (explain below) | Yes ____ | No _X_ |

| **THE LAW OFFICES OF JIBRAEL S. HINDI** | **MESSER STRICKLER, LTD.** |
|---|---|
| By: */s/ Thomas J. Patti* <br> JIBRAEL S. HINDI, ESQUIRE <br> FL Bar No. 118259 <br> THOMAS J. PATTI, ESQUIRE <br> FL Bar No. 118377 <br> 110 SE 6th Street, Suite 1744 <br> Fort Lauderdale, FL 33301 <br> jibrael@jibraellaw.com <br> tom@jibraellaw.com <br> *Counsel for Plaintiff* | By: */s/John M. Marees, II* <br> LAUREN M. BURNETTE, ESQUIRE <br> FL Bar No. 0120079 <br> JOHN M. MAREES, II, ESQUIRE <br> FL Bar No. 0069879 <br> 12276 San Jose Blvd., Suite 720 <br> Jacksonville, FL 32223 <br> (904) 527-1172 <br> (904) 683-7353 (fax) <br> lburnette@messerstrickler.com <br> jmarees@messerstrickler.com <br> *Counsel for Defendants* |